664

(128 So. 922)
### Parker PARIS v. STATE.
### 8 Div. 63.

Court of Appeals of Alabama.
June 10, 1930.

RICE, J.
Affirmed.

(119 So. 924)
**Leonard PARKER v. STATE.** (1 Div. 847.)

Court of Appeals of Alabama. Jan. 8, 1929.

RICE, J. Appeal dismissed.

(123 So. 926)
**John PARRIS v. STATE.** (6 Div. 546.)

Court of Appeals of Alabama. June 18, 1929.

BRICKEN, P. J. Affirmed.

(127 So. 925)
### Earnest PARRISH v. STATE.
### 4 Div. 582.

Court of Appeals of Alabama.
April 15, 1930.

Harry Adams, of Enterprise, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.

(128 So. 922)
### Fred PARSON v. STATE.
### 6 Div. 753.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Affirmed.

(128 So. 922)
### Fred PARSON v. STATE.
### 6 Div. 752.

Court of Appeals of Alabama.
June 10, 1930.

SAMFORD, J.
Affirmed.

(119 So. 924)
### R. A. PARSONS v. W. W. WALLS.
### (8 Div. 712.)

Court of Appeals of Alabama. Jan. 24, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(128 So. 922)
### Murray PATE v. STATE.
### 6 Div. 744.

Court of Appeals of Alabama.
May 20, 1930.

BRICKEN, P. J.
Affirmed.